**FILED**

JUN - 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. COCKCROFT, | No. C 05-1080 MHP (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINES** |
| v. | |
| RICHARD KIRKLAND; et al., | |
| Defendants. | |

Plaintiff's request for an extension of time to file his opposition to plaintiff's motion to dismiss is GRANTED. (Docket # 58.) The court now sets the following new briefing schedule on defendant's motion to dismiss:

1. Plaintiff must file and serve his opposition to the motion to dismiss no later than **August 3, 2007**. No further extensions of this deadline will be permitted.

2.. If defendants wish to file a reply brief, they must file and serve the reply brief no later than **August 24, 2007**.

IT IS SO ORDERED.

Dated: June 7, 2007

Marilyn Hall Patel
United States District Judge