1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12    PETER T. COCKROFT,
                                                Case No C 05-1080 MHP
13          Plaintiff,
                                                REPORT OF PRO SE PRISONER
14              v                               EARLY SETTLEMENT
                                                PROCEEDING
15    RICHARD J. KIRKLAND et al.,

16          Defendants.

17

18

19          A settlement conference in this matter was held on July 3, 2008.  The results of that

20    proceeding are indicated below:

21    (1)    The following individuals, parties, and/or representatives participated in the

22           proceeding, each possessing the requisite settlement authority:

23           ☒  Plaintiff

24           ☐  Warden or warden's representative

25           ☒  Office of the California Attorney General, Timothy J. McDonough

26           ☒  Other: California Department of Corrections and Rehabilitation, Jolie Poper

27

28

*(left margin, rotated)* **United States District Court** For the Northern District of California

**United States District Court**

For the Northern District of California

1    (2)      The following individuals, parties, and/or representatives did not appear:

2    (3)      The outcome of the proceeding was:

3             ☒ The case has been completely settled.

4             ☐  The case has been partially resolved and, on or before

5    _____, counsel for defendants shall file a joint stipulation specifying

6    those claims which have been resolved and those that remain to be resolved by the Court.

7             ☐ The parties agree to an additional follow up settlement on

8    _____.

9             ☐ The parties are unable to reach an agreement at this time.

10   Date:  7/8/08                                _____

11                                                Nandor J Vadas
                                                  United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

1

2                              UNITED STATES DISTRICT COURT

3                             NORTHERN DISTRICT OF CALIFORNIA

4

5   COCKROFT                                    No. C 05-1080 MHP

6   v.                                          CERTIFICATE OF SERVICE

7   KIRKLAND
                                    /
8
    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
9   District Court, Northern District of California.

10  That on 7/8/08, I SERVED a true and correct copy of the attached, by placing said copy in
    a postage paid envelope addressed to the person(s) listed below, by depositing said
11  envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle
    located in the Office of the Clerk.

12

13  **Peter T. Cockcroft**
    H-86887
14  P.O. Box 290066
    Represa, CA 95671-0066
15

16                                      RICHARD W. WIEKING, CLERK

17

18
                                        By:/s/_____
19
                                           Deputy Clerk
20

21

22

23

24

25

26

27

28                                            3