UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. COCKCROFT,<br><br>    Plaintiff,<br><br>  v.<br><br>RICHARD KIRKLAND; et al.,<br><br>    Defendants.<br>_____ / | No. C 05-1080 MHP (pr)<br><br>**ORDER** |

Plaintiff has filed a motion to vacate the conditional order of dismissal. No later than **June 26, 2009**, defendants shall file and serve an (1) opposition to the motion, (2) statement of non-opposition, <u>or</u> (3) stipulation with plaintiff to withdraw the motion. If defendants file an opposition, plaintiff must file and serve his reply (if any) no later than **July 10, 2009**.

IT IS SO ORDERED.

Dated: May 22, 2009

_____
Marilyn Hall Patel
United States District Judge